UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02654-HDV-DSR | | Date | December 2, 2025 |
|---|---|---|---|---|
| Title | *Minh Xuan Nguyen v. Kristi Noem, et al.* | | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER GRANTING IN PART APPLICATION FOR TEMPORARY RESTRAINING ORDER [3] AND SETTING BRIEFING SCHEDULE RE PRELIMINARY INJUNCTION**


Before the Court is Petitioner Minh Xuan Nguyen's application for a temporary restraining order to release Petitioner from detention, reinstate his prior order of supervision, and enjoin Respondents from removing Petitioner outside the Central District of California. Application for Temporary Restraining Order and Preliminary Injunction ("TRO Application") [Dkt. 3]. Respondents have filed an Opposition, and Petitioner a Reply. [Dkts. 7, 10].

Upon initial review, the Court finds that the TRO Application presents at least some of the same issues as in this Court's order in *Quan v. Bowen*, No. 5:25-cv-02546-HDV-PVC (C.D. Cal. Nov. 14, 2025) [Dkt. 14] and raises serious questions as to Respondents' compliance with 8 U.S.C. § 1231 and 8 C.F.R. § 241.13(i) in detaining Petitioner.

The Court thus ***grants in part*** the TRO Application. Respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending further order of the Court.

The Court sets the matter for hearing on December 17 at 10:00 a.m. as to whether a preliminary injunction should issue. Petitioner's opening brief on that issue is due by December 8, 2025, Respondents' opposition is due by December 12, 2025, and Petitioner's reply is due by December 16, 2025. The parties' briefs should address the ways in which this case is similar to or distinguishable from the Court's analysis in *Quan*, including, but not limited to, how the

---

possibility of Petitioner's removal to Canada affects the analysis.  The parties are permitted to submit additional declarations or other evidence as necessary.


**IT IS SO ORDERED.**